# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

D. CALLOWAY PROPERTIES, INC.
AND DONALD JOE CALLOWAY

NO.  2021 CW 0307

VERSUS

JAMES CONSTRUCTION GROUP,
LLC, LIBERTY MUTUAL
INSURANCE COMPANY, AND
PEERLESS INDEMNITY INSURANCE
COMPANY

**MAY 10, 2021**

---

In Re:    Peerless Indemnity Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 644710.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

JMM
GH
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT